RONDALE FARRIS
V.
STATE OF TEXAS

CAUSE NO: D-18-2005-CR

Case 7:21-cv-00164-DC   Document 1   Filed 09/14/21   Page 1 of 5

MO:21-CV-00164

FILED
September 14, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

## DISMISSAL FOR DELAY

Pg.(1)    I, RONDALE GERROD FARRIS, PRO SE FILED A "MOTION TO SET ASIDE THE INDICTMENT" AND A MOTION FOR ARTICLE 32.01 FOR NO INDICTMENT PRESENTED FOR UNLAWFUL POSSESION OF A FIREARM BY A FELON (1) YEAR, (4) TERMS OF COURT PASSED AFTER BEING DETAINED IN ECTOR COUNTY ON A BOGUS & VAGUE INDICTMENT IN 2019. THE CONSPIRING PLOT BETWEEN "JUDGE SCHRODER" & "DENNIS JONES" IS ONE OF MANY MORE VIOLATIONS OF RIGHTS TO AVOID A DISMISSAL AND ALSO PROVIDE THE "STATE" WITH A UNJUST, TACTICAL ADVANTAGE OF A DELAY IN A CASE THAT FOR (3) YEARS OF VIOLATIONS OF DUE PROCESS & SPEEDY TRIAL FOR LACK OF EVIDENCE. ON MAY 11th, 2021 I, RONDALE FARRIS ATTENDED A COURT DATE FOR A MOTION FILED TO WITHDRAW ATTORNEY "DENNIS JONES" FROM MY CASE FOR CONFLICT OF INTEREST, NEGLECT TO VIEW TRUE FACTS OF THE CASE, CONSTANT PRESSURE TO PLEA TO OFFERS BASED ON AVOIDANCE OF A LIMITATION BEARING DOWN ON THE STATE, AND RELIEVING HIM FROM FILING OR MAKING ANY FURTHER DECISION'S ON MY CASE. "JUDGE SCHRODER" ALLOWS & GRANTS "DENNIS JONE'S" MOTIONS ON RECORD IN COURT WHEN HE HAD NO RIGHTS OR FORCE IN REPRESENTATION AT THAT TIME. THIS ALLOWS THE BOGUS & VAGUE INDICTMENT TO BE SET ASIDE AFTER (3) YEARS WITH A TRIAL DATE SET, APPROACHING THE (3) YEAR ANNIVERSARY MARK WHICH FOR LACK OF EVIDENCE WOULD'VE RESULTED IN A DISMISSAL. LET ALONE A INVALID CHARGING INSTRUMENT THAT A PERSON CAN'T BE PROSECUTED WITH UNDER CONSTITUTIONAL LAW. ALSO "JUDGE SCHRODER" GRANTS A "MOTION FOR A

Pg. (2) OF VENUE" SO HE &"DENNIS JONES" DODGE BACKLASH AND RESPONSIBILITY FOR THE PREJUDICE, UNJUST ACTION I FEEL WAS ILLEGALLY PLOTTED OUT TO DENY ME RELIEF. I MYSELF NOR MY NEWLY APPOINTED LAWYER WERE MADE AWARE OF THIS ACTION WHICH VIOLATES MY RIGHTS UNDER T.C.C.P ART'S 28.06, 28.061, 28.07, ART 1 SECTION 10 OF THE TEXAS CONST., AND DEPRIVED ME OF LIFE, LIMB, AND LIBERTY UNDER THE 5th AMENDMENT. ON JULY 6th, 2021 (7) DAYS BEFORE THE (3) YEAR ANNIVERSARY OF THE ORIGINAL DATE OF ALLEGED OFFENSE, I NEVER GOT CALLED OUT TO COURT NOR WAS I MADE AWARE OF ANY PROCEEDINGS OR JUDGMENTS MADE ON THAT DATE. OUT OF NOWHERE ON THE 13th OF JULY, I GET AN NEW RE-INDICTMENT ON THE ORIGINAL CHARGE OF "MURDER" COUNT (1) & A NEWLY ADDED COUNT (2) UNLAWFUL POSSESION OF A FIREARM BY A FELON. TO MY KNOWLEDGE AND THE KNOWLEDGE OF EVIDENCE PROVIDED BY MY LAWYER NO NEW, LEGAL, OR SUFFICIENT EVIDENCE WAS USED TO SUPPORT A RE-INDICTMENT, WHICH SHOWS THAT THE STATE IS RE-INDICTING TO HOLD DEFENDANT TO A TACTICAL ADVANTAGE FOR RUMOR'S OF A MYSTERIOUSLY MISSING WITNESS WHICH IS A BURDEN ON THE STATE AND VIOLATING RIGHTS TO DUE PROCESS & SPEEDY TRIAL TO AVOID DISMISSAL FOR CASE & TIME LIMITATION ON COUNT ONE (1). WHICH IS A CLEAR VIOLATION OF TEXAS.JUR (21) RIGHT OF DUE PROCESS, ALSO HILL V. STATE Pg 7-8 (TEX 2021). I FILED A MOTION FOR A NON-AFFIRMATIVE FINDING OF A DEADLY WEAPON. THERE HAS NEVER BEEN A WEAPON (FIREARM) IN MY CASE NOR IS THERE EVER BEEN ANY EVIDENCE OF ME WITH, IN POSSESION, USING, OR EXHIBITING A FIREARM, AS STATED IN

Pg.(3) MY MOTION FILED ON RECORD. COUNT (2) FALLS UNDER THE "DOUBLE JEOPARDY CLAUSE" T.C.C.P § 1.10, 5th AMENDMENT OF THE UNITED STATES CONSTITUTION, ASHE V. SWENSON 397 U.S. 436, EX PARTE COUNTRYMAN 180 S.W. 3d 418 (2005); BEING CHARGED TWICE FOR THE SAME OFFENSE THAT NEVER ARISED OUT OF SAME TRANSACTION CAUSE. IT NEVER EXISTED IN THE FIRST PLACE NOR INDICTED ON WHEN FIRST CHARGED. NO EVIDENCE OF EVER USING, EXHIBITING, OR POSSESING A (FIREARM) SO (COUNT 2) IS FALSE UNDER PERJURY T.C.C.P §13.03 AND RENDERS THE CHARGING INSTRUMENT (INDICTMENT) INVALID, NULL INVOID, ETC... DUE TO THE VIOLATION'S OF MY CIVIL & CONSTITUTIONAL RIGHTS WHICH HAVE LEFT ME OPEN TO A FABRICATED WITNESS (JAIL HOUSE SNITCH) WITH A STORY AFTER (3) YEARS WHO HAS NEVER BEEN IN A CELL WITH ME, AROUND ME, DRUG ADDICT, HABITUAL THIEF, FACING MUTIPLE TO MAJOR CHARGES ALONG THOSE LINES. ON FRIDAY THE 27th OF AUGUST, 2021 THE D.A. GOES BEHIND MY LAWYERS BACK WITHOUT CONSENT OR NOTIFICATION TO HAVE A L.E.C GUARD PERFORM AN ACT OF PICTURE TAKEN OF TATOO'S TO PREPARE THE STATE'S FABRICATED WITNESS'S COERCE TESTIMONY TO ACHIEVE A FALSE, UNCONSTITUTIONAL CONVICTION. IT WAS BROUGHT TO THE ATTENTION OF A CORPORAL & SERGEANT OF THE JAIL WHO CAN CONFIRM THIS EVENT. WITH ALL THE IMPROPER ACTIONS & MOTIVE'S UNVEILED IN THESE PRIOR MONTHS, THIS HAS BEEN TAKING IT'S TOLL ON DAY TO DAY MENTAL ANXIETY FROM BEING NON-VACCINATED IN THIS WORLDLY PANDEMIC, CONSTANT ENCOUNTERS WITH INMATES BEING BOOKED IN WHILE A HIGH PERCENT OF THEM COULD BE CARRIERS OF THE VIRUS, OR A CALL HOME WHERE AGAIN & AGAIN BAD NEWS

Pg.(4) OF THE LOSS OF A FAMILY MEMBER, FRIEND, OR FRIEND OF THE FAMILY HAS GONE TO MEET THEIR MAKER IN THE AFTER LIFE. ALL THIS WHILE BEING KEPT IN A UNSANITARY ENVIRONMENT BEING UNDER FEED.

AT THIS TIME I HAVE EXHAUSTED ALL POSSIBLE STATE REMEDIES TO OBTAIN A DISMISSAL IN THIS MATTER, SO I HUMBLY COME IN GOOD FAITH, AS WELL AS SEEKING REMEDY & RELIEF FROM A HIGHER COURTS AT THIS TIME ON ACCOUNT OF ALL THE PREJUDICE IN THE CASE.

RESPECTFULLY SUBMITTED
RONDALE FARRIS
*Rondale Farris* (signature)
ECTOR COUNTY L.E.C ODESSA, TX
S.O. #115291



JUSTIN D TOOMBS
Notary Public
STATE OF TEXAS
Notary ID # 13311300-3
My Comm. Exp. May 20, 2025

9-11-21

RONDALE FARRIS #1152291
P.O. BOX 331
ODESSA, TX. 79760

RECEIVED
SEP 14 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

EASI

ATTN: FEDERAL DISTRICT CLERK
200 N. WALL STREET
MIDLAND, TX. 79701

7970124557